UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RHONDA T. EDEN, | ) | |
| | ) | CASE NO. 17-40811-MGD |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| TRACEY L. MONTZ, | ) | |
| Trustee in Bankruptcy, | ) | ADVERSARY PROCEEDING |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 17-04037-MGD |
| vs. | ) | |
| | ) | |
| RHONDA T. EDEN and CHRIS EDEN | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have this date served the following parties with a true and correct copy of the **COMPLAINT FOR SALE OF JOINTLY OWNED PROPERTY AND OTHER RELIEF** by placing a copy in the United States mail return receipt requested.

        Rhonda Eden
        21 Ridgemont Way
        Cartersville, GA 30120

I ALSO HEREBY CERTIFY that I have, on November 28th, 2017, served the following parties with a true and correct copy of the **COMPLAINT FOR SALE OF JOINTLY OWNED PROPERTY AND OTHER RELIEF** by placing a copy in the United States mail return receipt requested.

        Chris Eden
        6650 Wright Rd
        Atlanta, GA 30328

I ALSO HEREBY CERTIFY that I have, on November 28th, 2017, served the following parties with a true and correct copy of the **COMPLAINT FOR SALE OF JOINTLY OWNED PROPERTY AND OTHER RELIEF** by placing a copy in the United States mail with sufficient postage affixed thereon:

    Howard Slomka, Esq.
    Slipakoff & Slomka PC
    2859 Paces Ferry Road SE Suite 1700
    Atlanta, GA 30339

    Brian S. Limbocker, Esq.
    Limbocker Law Firm, LLC
    2230 Towne Lake Pkwy
    Woodstock, GA 30189

This 20th, day of December, 2017.

    s/ John C. Pennington
    John C. Pennington
    Georgia Bar No. 571400