UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-40811-BEM |
| | ) | |
| RHONDA T. EDEN | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| _____/ | ) | |
| | ) | |
| TRACEY L. MONTZ | ) | |
| Trustee in Bankruptcy, | ) | |
| | ) | |
| Plaintiff, | ) | ADVERSARY PROCEEDING |
| v. | ) | |
| | ) | NO. 17-04037-BEM |
| RHONDA T. EDEN and CHRIS EDEN | ) | |
| | ) | |
| Defendants. | ) | |
| _____/ | | |

**ANSWER
OF CHRIS EDEN TO THE AMENDED AND RECAST
COMPLAINT FOR THE SALE OF JOINTLY OWNED PROPERTY
AND OTHER RELIEF**

COMES NOW, Chris Eden ("Defendant") by and through undersigned counsel, to answer Trustee Tracey L. Montz ("Plaintiff" or "Trustee") as to the factual allegations in the complaint.

**AFFIRMATIVE DEFENSES**

**Co-Ownership.** Defendant pleads that he is a 50% co-owner of both K & M Hardware, Inc. ("K&M"), and Eden Oak Properties, LLC ("EOP"). To the extent that the Trustee seeks to sell more than 50% of either K&M and/or EOP as property of the estate (but not as property of a

co-owner) then such sale would exceed the authority of trustee because such interests are not within the bankruptcy estate. Further, any sale of such assets must occur pursuant to 11 USC § 363(i) allowing for Defendant, as co-owner, to purchase the property of the estate at the sme terms s to purported purchaser.

### PARTIES, JURISDICTION AND VENUE

1. The allegations of paragraph 1 are admitted.

2. Defendant lacks sufficient information to admit or deny the allegations of paragraph 2.

3. The allegations of paragraph 3 are denied. Defendant resides in Kennesaw, GA 30144.

4. The allegations of paragraph 4 are admitted.

5. The allegations of paragraph 5 are admitted.

### COUNT I – DECLARATORY JUDGMENT

6. The allegations of paragraph 6 are admitted.

7. The allegations of paragraph 7 are admitted.

8. The allegations of paragraph 8 are admitted insofar as Defendant claims an interest in EOP.

9. The allegations of paragraph 9 are admitted.

10. The allegations of paragraph 10 are admitted, subject to Defendants assertion that it is and always has been a 50% owner of both K & M Hardware, Inc. ("K&M"), and Eden Oak

Properties, LLC ("EOP").  To the extent that the Trustee seeks to sell more than 50% of either K&M and/or EOP then the such sale would exceed the authority of trustee because such interest are not within the bankruptcy estate.

11. The allegations of paragraph 11 are admitted.

12. The allegations of paragraph 12 do not require a response, but Defendant does not oppose this Court' declaring the respective ownership of Debtor and Defendant in EOP and K&M.

## COUNT II – SALE OF JOINTLY OWNED PROPERTY

13. The allegations of paragraph 13 are admitted.

14. The allegations of paragraph 14 are admitted.

15. The allegations of paragraph 15 are admitted.

16. The allegations of paragraph 13 are denied.  It is impossible to evaluate the benefits to the estate and the detriment to Defendant without reviewing the terms, conditions, and purchase price of the hypothetical sale.

17. The allegations of paragraph 17 are admitted.

18. The allegations of paragraph 13 are admitted, subject to Defendant's right to review, consent or object to the terms, conditions and price of the hypothetical sale.

WHEREFORE, based on the foregoing, Defendant requests this Court:

(i) hear evidence and declare the rightful ownership interests of Debtor and Defendant; and

(ii) review the terms and conditions of any sale before approving same; and

(iii) recognize and protect Defendants co-ownership rights under 11 USC § 363(i); and

(iv)  issue such other relief as it deems fair and equitable, including the award of Defendant's attorneys fees from any sale of the property as an administrative expense against the gross sales price, and not from Defendant's share of the proceeds.

Respectfully submitted this 19th day of August, 2018

/s/ Howard P. Slomka
Howard P. Slomka, Esquire
Georgia Bar No. 652875
Slipakoff & Slomka LLP
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
HS@MyATLlaw.com
404-800-4017

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-40811-BEM |
| | ) | |
| RHONDA T. EDEN | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| _____/ | ) | |
| TRACEY L. MONTZ | ) | |
| Trustee in Bankruptcy, | ) | |
| | ) | |
| Plaintiff, | ) | ADVERSARY PROCEEDING |
| v. | ) | |
| | ) | NO. 17-04037-BEM |
| RHONDA T. EDEN and CHRIS EDEN | ) | |
| | ) | |
| Defendants. | ) | |
| _____/ | | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within ANSWER OF CHRIS EDEN TO AMENDED AND RECAST COMPLAINT FOR THE SALE OF PROPERTY PURSUANT TO 11 U.S.C §363(h) AND OTHER RELIEF in the above styled case through the ECF system and by electronic mail to counsel to Trustee and Debtor.

| | |
|---|---|
| Brian S. Limbocker<br>Limbocker Law Firm, LLC<br>Bldg. 800 - Suite 140<br>2230 Towne Lake Parkway<br>Woodstock, GA 30189<br>(678) 401-6836<br>Fax : (678) 412-4152<br>Email: bsl@limbockerlawfirm.com | John C. Pennington<br>John C. Pennington, P.C.<br>P.O. Box 275<br>Helen, GA 30545<br>(706) 878-0033<br>Fax : (706) 878-9916<br>Email: jcppc@windstream.net |
| Rhonda T. Eden<br>21 Ridgement Way<br>Cartersville, GA 30120 | Tracey L. Montz<br>Suite 108-#406<br>2146 Roswell Road<br>Marietta, GA 30062-3813<br>(404) 713-6472<br>Fax : 770-973-5420<br>Email: traceymontz@yahoo.com |

Respectfully submitted this 19th day of August, 2018

/s/ Howard P. Slomka
Howard P. Slomka, Esquire
Georgia Bar No. 652875
Slipakoff & Slomka LLP
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339