**IT IS ORDERED as set forth below:**

**Date: December 31, 2018**

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RHONDA T. EDEN, | : | |
| | : | CASE NO. |
| Debtor. | : | |
| _____ | : | |
| | : | |
| TRACEY L. MONTZ, | : | |
| Trustee in Bankruptcy, | : | |
| Plaintiff, | : | ADVERSARY PROCEEDING |
| | : | NO. 17-04037-BEM |
| v. | : | |
| | : | |
| RHONDA T. EDEN and CHRIS EDEN, | : | |
| Defendants. | : | |

**ORDER GRANTING JOINT MOTION TO CONTINUE JANUARY 8, 2019, TRIAL**

The Plaintiff and the Defendant Chris Eden filed a Joint Motion to Continue January 8, 2019, Trial, (Dkt.# 23) (the "Motion"). It is

ORDERED that the Motion is GRANTED and the trial is continued until further Order of this Court.

**END OF DOCUMENT**

Order prepared and presented by:

/s/ JOHN C. PENNINGTON
John C. Pennington
Georgia Bar No. 571400
John C. Pennington, P.C.
*Attorney for Chapter 7 Trustee*
P.O. Box 275
Helen, GA 30545
(706) 878-0033
jcppc@windstream.net

Distribution List

Office of the United States Trustee
362 Richard B. Russell Federal Bldg.
75 Ted Turner Dr, S.W.
Atlanta, GA 30303-3311

John C. Pennington
John C. Pennington, P.C.
P.O. Box 275
Helen, GA 30545

Brian S. Limbocker, Esq.
Bldg. 800, Suite 140
2230 Towne Lake Pkwy
Woodstock, GA 30189

Rhonda T Eden
14 Foxhound Way, SW
Cartersville, GA 30120

Chris Eden
c/o Howie Slomka, Esq.
Slipakoff & Slomka
2859 Paces Ferry Rd., Suite 1700
Atlanta, GA  30339

Chris Eden
PO Box 28083
Atlanta, GA  30358